IN THE UNTIED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NORTHEASTERN DIVISION

| DAVID L. ROBINSON, | ) | |
|---|---|---|
| | ) | NO. 2:04-0067 |
| Petitioner, | ) | JUDGE HAYNES |
| | ) | |
| v. | ) | |
| | ) | |
| DAVID MILLS, Warden | ) | |
| | ) | |
| Respondent. | ) | |

## O R D E R

In accordance with the Memorandum filed herewith, the Petitioner's petition for the writ of habeas corpus is **GRANTED**. The State is given one hundred twenty days (120) from the date of this Order in which to provide Petitioner a new trial.

This is the Final Order in this action.

It is so **ORDERED**.

ENTERED this the 23rd of January, 2009.

WILLIAM J. HAYNES, JR.
United States District Judge