IN THE UNTIED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NORTHEASTERN DIVISION

| | |
|---|---|
| DAVID LEE ROBINSON, ) | |
| ) | |
| Petitioner, ) | |
| ) | NO. 2:04-0067 |
| ) | JUDGE HAYNES |
| DAVID MILLS, Warden, ) | |
| ) | |
| Respondent. ) | |

## ORDER

In accordance with the Memorandum filed herewith, the Respondent's motion for a stay (Docket Entry No. 109) should be **DENIED** and the Petitioner's motion for his release pending appeal under Fed. R. App. P. 23(c) (Docket Entry No. 110) should be **GRANTED**, but in light of the Sixth Circuit Judge's Temporary Stay Order, this Order is **STAYED**.

It is so **ORDERED**.

ENTERED this the 11th day of June, 2009.

WILLIAM J. HAYNES, JR.
United States District Judge